Entered on Docket
March 23, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
TELEPHONE (650) 345-7801
TELEPHONE (707) 544-5500

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                             Case No.: 08-1-2776 AJ13

    PAUL JOHN and AGNES MAUREEN PALMER

                  Debtor(s)

## ORDER CONFIRMING CHAPTER 13 PLAN

    After a hearing on, March 16, 2009, and it appearing that the Chapter 13 Plan in this case meets the requirements of § 1325(a) of the Bankruptcy Code,

**IT IS ORDERED** that the Plan dated December 24, 2008 is confirmed.

**PROVIDED HOWEVER,** that notwithstanding anything to the contrary in said plan:

1. Any provision of the plan purporting to discharge a debt is not approved. No debt subject to exception from discharge pursuant to § 523 of the Bankruptcy Code shall be adjudicated to be discharged or not discharged except in an adversary proceeding.

2. No lien on real property shall be removed, avoided or extinguished except by adversary proceeding pursuant to FRB 7001(2) or contested matter pursuant to FRB 3012.

3. With the sole exception of the valuation of a claim secured by personal property, a proof of claim shall supercede any plan provision purporting to limit or disallow a claim.

Dated: 3/23/2009

                                                      Alan Jaroslovsky
                                                      U.S. Bankruptcy Judge