**ROUTH CRABTREE OLSEN, P.S.**
Edward T. Weber, Esq., SBN #194963
Jonathan J. Damen, Esq., SBN #251869
505 N. Tustin Ave, Suite 243
Santa Ana, California 92705
Telephone 714-277-4937
Facsimile (714) 277-4899
Email jdamen@rcolegal.com

RCO No.: 7314.30661
Attorneys for movant, Mortgage Electronic Registration Systems, Inc., its assignees and/or successors in interest

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>Paul John Palmer and<br>Agnes Maureen Palmer<br><br>Debtor(s). | Bk. No. 08-12776-AJ<br>R.S. No.: JJD-081<br>Judge Alan Jaroslovsky<br>**Chapter 13**<br><br>*DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY*<br><br>Preliminary Hearing:<br>Date: May 28, 2009<br>Time: 9:00 a.m.<br>Place: U.S. Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA 95404<br>Courtroom: 205 |

I, Carol Barnes, declare and state as follows:

   1. I am over the age of 18 years of age, not a party to the above captioned action, and competent to be a witness.

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY**

1

2. I am employed as a bankruptcy specialist by GMAC Mortgage, LLC, servicing agent for the Beneficiary Mortgage Electronic Registration Systems, Inc., under the subject Deed of Trust encumbering the real property generally known as **146 LOS ALTOS PL, AMERICAN CANYON, CA 94503-0000** ("Property" hereinafter) and legally described in the Deed of Trust. A true and correct copy of the legal description, deed of trust and note are attached hereto as **Exhibit "A"** and incorporated by reference. As such, I review all payment records on a month-to-month basis and have personally verified the following accounting as of the date of this declaration. I am familiar with the process by which GMAC Mortgage, LLC maintains its loan service records. I am competent to review loan records and evaluate status based upon those records. I personally know that the records kept are in the course of regularly conducted business and are a matter of the business routine. Entries in the records are made at or near the time of the event recorded by or with information from a person with knowledge of the event recorded. Movant's interest is based upon a note and deed of trust executed by Debtor on or about February 1, 2007, in favor of GreenPoint Mortgage Funding, Inc. Mortgage Electronic Registration Systems, Inc., is the beneficiary of the deed of trust attached and thus entitled under state law to foreclose the interest conveyed by that deed.

3. GMAC Mortgage, LLC's records reflect that Debtor has failed to make 4/23/2009 post-petition monthly payments on account of the debt secured by the Property.

| Regular payments from January 1, 2009 to March 1, 2009 @ $1,064.31 each | $3,192.93 |
|---|---|
| Regular payments from April 1, 2009 to April 1, 2009 @ $1,135.25 each | $1,135.25 |
| Current bankruptcy fees and costs | $800.00 |
| Accrued late charges | $454.00 |
| BPO Fee | $83.00 |

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY**

| Less Suspense | ($682.10) |
|---|---|
| Total Post Petition Due | **$4,983.08** |

(A true and correct copy of Movant's post petition account statement attached hereto as Exhibit **"B"** and incorporated herein by reference.)

4. As of the date of preparation of this motion, the Debtors' loan is due the following:

| Principal Balance | $367,843.10 |
|---|---|
| Total Pre-Petition Arrearages (as shown on Movant's Proof of Claim) | $12,194.19 |
| Total Post-Petition Due | $4,983.08 |
| Approximate Total Due | **$385,020.37** |

These figures are an estimate only and are subject to change as additional fees are incurred and payments are made or become due, including but not limited to the attorney fees and costs incurred as a result of the filing of this motion. Please contact Movant's counsel directly for a reinstatement quote.

5. The Property has been valued at $360,000.00 in the Debtors' schedules. (A true and correct copy of Debtors' Schedules A and D are attached hereto as Exhibit **"C"** and incorporated herein by reference.)

6. The Debtors' Schedule D reflects a claim in the amount of $43,425.27 secured by second trust deed on the Property in favor of Countrywide Home Loans.

7. On July 16, 2008, Movant caused a Notice of Default to be recorded. A trustee sale was set for March 9, 2009.

DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY

I declare under penalty of perjury of the laws of the United States of America the foregoing to be true and correct to the best of my knowledge, information and belief and that this Declaration was executed on April 30, 2009 at Waterloo, IA.

By: /s/ Carol Barnes
Carol Barnes
RCO No. 7314.30661