Evan Martyndale Livingstone, SBN 252008
182 Farmer's Lane, Suite 100A
Santa Rosa, CA 95405
Tel: (707) 571-8600
Fax: (707) 259-1449

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-12776 |
| | ) | Chapter 13 |
|    PAUL JOHN PALMER | ) | |
|    AGNES MAUREEN PALMER | ) | Date Heard: April 20, 2009, 1:30 PM |
| | ) | Courtroom: 99 E Street, Santa Rosa, CA |
|               Debtors | ) | Judge: HON. ALAN JAROSLOVSKY |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO DETERMINE VALUE OF CLAIM SECURED BY LIEN ON REAL PROPERTY AND FOR ORDER AVOIDING LIEN**
**(Countrywide Home Loans)**

On April 20, 2009 at 1:30 PM, the Court held a hearing on Debtor's motion to value the Lien of Countrywide Home Loans against the property commonly known as 146 Los Altos Place, American Canyon, CA 94503, also described as County of Napa Parcel ID Number 058-101-006. Evan Livingstone appeared for the Debtors. There was no appearance by Countrywide Home Loans. Upon due consideration, and for the reasons stated on the record at the hearing, the Court hereby ORDERS as follows.

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Claim No. 13 filed by BAC Home Loans Servicing, L.P. fka Countrywide Home Loans, shall be treated as an unsecured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

1  (2) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided and
2  extinguished automatically without further order of the Court.
3  (3) If Debtor's chapter 13 case is dismissed or converted to one under another chapter
4  before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be
5  retained and shall remain enforceable to the extent recognized by applicable non-bankruptcy law.

Dated: May 29, 2009

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge