ROUTH CRABTREE OLSEN, P.S.
Jonathan J Damen, ESQUIRE, #251869
505 N. Tustin Ave, Suite 243
Santa Ana, California 92705
Telephone (714) 277-4915
Facsimile (714) 277-4899
Email jdamen@rcolegal.com

RCO No.: 7314.30661
Attorneys for movant, Mortgage Electronic Registration Systems, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | Bk. No. 08-12776-AJ |
| | R.S. No.: JJD-081 |
| **Paul John Palmer and** | Judge Alan Jaroslovsky |
| **Agnes Maureen Palmer,** | Chapter 13 |
| Debtor. | **DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | Hearing: |
| | Date: March 11, 2010 |
| | Time: 9:00 a.m. |
| | Place: U.S. Bankruptcy Court |
| | 99 South "E" Street |
| | Santa Rosa, CA 95404 |
| | Courtroom 205 |

I, Carol Barnes, declare and state as follows:

1. I am over the age of 18 years of age, not a party to the above captioned action, and competent to be a witness.

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY**
1

1. I am employed as a bankruptcy specialist by GMAC Mortgage, LLC as servicer and Mortgage Electronic Registration Systems, Inc., the current beneficiary under the subject Deed of Trust encumbering the real property generally known as **146 LOS ALTOS PL, AMERICAN CANYON, CA 94503-0000** ("Property" hereinafter) and legally described in the Deed of Trust. A true and correct copy of the legal description, deed of trust and note are attached hereto as **Exhibit "A"** and incorporated by reference. As such, I review all payment records on a month-to-month basis and have personally verified the following accounting as of the date of this declaration. I am familiar with the process by which GMAC Mortgage, LLC maintains its loan service records. I am competent to review loan records and evaluate status based upon those records. I personally know that the records kept are in the course of regularly conducted business and are a matter of the business routine. Entries in the records are made at or near the time of the event recorded by or with information from a person with knowledge of the event recorded. Movant's interest is based upon a note and deed of trust executed by Debtor on or about February 1, 2007, in favor of GreenPoint Mortgage Funding, Inc. Mortgage Electronic Registration Systems, Inc., is the beneficiary of the deed of trust attached and thus entitled under state law to foreclose the interest conveyed by that deed.

2. GMAC Mortgage, LLC's records reflect that Debtor has failed to make five (5) post-petition monthly payments on account of the debt secured by the Property.

| | |
|---|---|
| Payments from November 1, 2009 to January 1, 2010 @ $1,128.78 each | $3,386.34 |
| Bankruptcy Attorney Fees | $800.00 |
| Total Post Petition Due | **$4,186.34** |

(A true and correct copy of Movant's post petition account statement attached hereto as Exhibit "B" and incorporated herein by reference.)

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY**

2

Case: 08-12776   Doc# 30   Filed: 02/18/10   Entered: 02/18/10 15:06:33   Page 2 of 3

3. As of the date of preparation of this motion, the Debtors' loan is due the following:

| Principal Balance | $367,843.10 |
|---|---|
| Total Pre-Petition Arrearages (as shown on Movant's Proof of Claim) | $12,194.19 |
| Total Post-Petition Due | $4,186.34 |
| Approximate Total Due | **$384,677.63** |

4. The Property has been valued at $360,000.00 in the Debtor's schedules. (A true and correct copy of Debtor's Schedules A and D are attached hereto as Exhibit **"C"** and incorporated herein by reference.)

5. The Debtor's Schedule D reflects a claim in the amount of $43,425.27 secured by second trust deed on the Property in favor of Countrywide Home Loans.

6. On July 16, 2008, Movant caused a Notice of Default to be recorded. A trustee sale was set for march 9, 2009.

I declare under penalty of perjury of the laws of the United States of America the foregoing to be true and correct to the best of my knowledge, information and belief and that this Declaration was executed on January 26, 2010 at Fort Washington, PA.

By: /s/ Carol Barnes
RCO No. 7314.30661

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY**
3