Entered on Docket
June 17, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: June 16, 2010



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

**Routh Crabtree Olsen, P.S.**
Edward Weber #194963
Jonathan J. Damen #251869
505 N. Tustin Ave, Suite 243
Santa Ana, California 92705
Telephone 714-277-4937
Facsimile 714-277-4899
Email jdamen@rcolegal.com

File No.: 7314.30661

Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| In re:<br><br>Paul John Palmer and<br>Agnes Maureen Palmer<br><br>                    Debtor(s). | Bk. No. 08-12776-AJ<br>R.S. No.: JJD-081<br>Judge Alan Jaroslovsky<br>**Chapter 13**<br><br>*ORDER GRANTING RELIEF FROM AUTOMATIC STAY*<br><br>Preliminary Hearing:<br>Date: June 10, 2010<br>Time: 9:00 am<br>Place: U.S. Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA  95404<br>Courtroom 205 |
|---|---|

    The Motion for Relief from Automatic Stay of Mortgage Electronic Registration Systems, Inc. ("Movant" hereinafter), a secured creditor, came on for hearing before the Honorable Alan Jaroslovsky.  Appearances were made as noted on the record.

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, upon review of the

ORDER GRANTING RELIEF FROM AUTOMATIC STAY

1

evidence presented, that the automatic stay of §362(a) will be terminated, if the Debtor(s) does not bring the post-petition account current within 90 days of the hearing date. If the Debtor(s) fails to bring the post-petition account current by September 8, 2010, Movant will obtain full relief from stay based on Debtor(s) default as to the Debtor(s) and the bankruptcy estate pursuant to 11 U.S.C. § 362(d)(1) and/or § 362(d)(2) thereby permitting the Movant, its agents, successors, and all persons and entities acting on behalf of such parties to enforce all state law remedies against the collateral commonly known as **146 LOS ALTOS PL, AMERICAN CANYON, CA 94503,** including but not limited to, foreclosure and any actions necessary to obtain possession of the real property after foreclosure. The legal description of the property is as follows:

**"LOT 45 OF RANCHO DEL MAR NO. 2, IN THE CITY OF AMERICAN CANYON, NAPA COUNTY, STATE OF CALIFORNIA, FILED FEBRUARY 16, 1954 IN BOOK 5 OF MAPS AT PAGE 92, IN THE OFFICE OF THE COUNTY RECORDER OF SAID NAPA COUNTY"**

It is further ordered that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

It is further ordered that the 14-day period specified in Fed.R.Bankr.P. 4001(a)(3) is waived.

*** END OF ORDER ***